United States Court of Appeals
Fifth Circuit

**F I L E D**

May 13, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 04-30855
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALFONZO MASON,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 3:02-CR-30044-1-RGJ
--------------------

Before DAVIS, SMITH and DENNIS, Circuit Judges

PER CURIAM:[*]

Alfonzo Mason, federal prisoner # 10614-035, appeals the
district court's denial of his motion for a writ of audita querela
wherein he sought to challenge his sentence for conspiracy to
possess cocaine base with intent to distribute. Relying upon
Blakely v. Washington, 124 S. Ct. 2531 (2004), Mason argues that
the district court improperly enhanced his sentence based upon
facts to which he did not plead guilty and that were not determined
by a jury, in violation of his Fifth and Sixth Amendment rights.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

In addition, Mason argues that the actual innocence exception to the procedural default doctrine allows him to pursue the writ.

The writ of audita querela is not available where the prisoner may pursue a remedy under 28 U.S.C. § 2255.  <u>United States v. Banda</u>, 1 F.3d 354, 356 (5th Cir. 1993).  The fact that the movant cannot meet the requirements for bringing a successive 28 U.S.C. § 2255 motion does not render the 28 U.S.C. § 2255 remedy unavailable.  <u>Tolliver v. Dobre</u>, 211 F.3d 876, 878 (5th Cir. 2000).

AFFIRMED.